FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 2 8 2026

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26-3565 MLG |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **ZEDRIX THOMAS**, | ) | |
| | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about July 27, 2024, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ZEDRIX THOMAS**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

## Count 2

On or about July 27, 2024, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **ZEDRIX THOMAS**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney