**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | CR 26-3565 MLG | UNITED STATES vs. THOMAS | |
| Hearing Date: | Monday, November 9, 2026 | Time In and Out: | 9:40-9:47 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Pecos |
| Defendant: | Zedrix Thomas | Defendant's Counsel: | Daniel Snyder (for the limited purpose of this proceeding) |
| AUSA: | Amy Mondragon | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | | Witness: | |

| | | | |
|---|---|---|---|
| **Initial Appearance** | | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights | | |
| ☒ | Defendant has retained counsel | | |
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Arraignment/Detention Hearing | on Thursday, November 12, 2026 | @ 9:30 |
| **Preliminary/Show Cause/Identity** | | | |
| ☐ | Defendant | | |
| ☐ | Preliminary Hearing held | | |
| ☐ | Court finds | ☐ | Court does not find probable cause |
| **Detention** | | | |
| ☐ | Defendant waives right to contest detention | | |
| ☐ | | | |
| **Custody Status** | | | |
| ☒ | Defendant detained pending hearing | | |
| ☐ | Conditions | | |
| **Other** | | | |
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver | | |
| ☒ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. | | |
| ☐ | Matter referred to for Final Revocation Hearing | | |
| ☐ | | | |