AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 09 2026
ERIK PALTROW
CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
ZEDRIX THOMAS

*Defendant*

Case No. CR 26-3565 MLG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ZEDRIX THOMAS, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon
18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury

United States District Court — District of New Mexico

Date: 07/28/2026

N. Maestas
*Issuing officer's signature*

City and state: Albuquerque, NM

Erik Paltrow, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/30/2026, and the person was arrested on *(date)* 11/9/2026 at *(city and state)* Albuquerque, NM.

Date: 11/9/2026

Enrique F. Castillo
*Arresting officer's signature*

Enrique F Castillo DUSM
*Printed name and title*